UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------- x
CORRECTION OFFICER NIVEA LOPEZ,             :
                                             :
                                             :   **ORDER REGULATING**
                                             :   **PROCEEDINGS**
            Plaintiff,                       :
                                             :
    -against-                                :   20 Civ. 898 (AKH)
                                             :
                                             :
                                             :
THE CITY OF NEW YORK and ADW MATOS.          :
                                             :
            Defendants.                      :
------------------------------------------------------------- x

ALVIN K. HELLERSTEIN, U.S.D.J.:

      The telephonic oral argument, currently scheduled for Wednesday, December 9, 2020 is adjourned until December 14, 2020, at 2:30 p.m. The argument will be held via the following call-in number:

      **Call-in number: 888-363-4749**

      **Access code: 7518680**

      To ensure that the call proceeds smoothly and to avoid disruption, the Court directs those calling in (other than counsel) to mute their telephones.  Additionally, all participants are directed to call in **5 minutes** prior to the start of the conference.

      Finally, no later than December 10, 2020, at 12:00 p.m., the parties shall jointly submit to the court (via the email address HellersteinNYSDChambers@nysd.uscourts.gov) a list of all counsel expected to appear on the record, along with their contact information.

      SO ORDERED.

Dated:   December 4, 2020        _____/s/ Alvin K. Hellerstein_____
            New York, New York       ALVIN K. HELLERSTEIN
                                             United States District Judge