UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------- X
                                                               :
CORRECTION OFFICER NIVEA LOPEZ,                                :
                                                               :  **ORDER REGULATING**
                                         Plaintiff,            :  **PROCEEDINGS**
     -against-                                                 :
                                                               :  20 Civ. 898 (AKH)
THE CITY OF NEW YORK and ADW MATOS,                            :
                                                               :
                                         Defendants.           :
                                                               :
                                                               :
                                                               :
-------------------------------------------------------------- X

ALVIN K. HELLERSTEIN, U.S.D.J.:

       The telephonic oral argument, currently scheduled for December 14, 2020 is hereby cancelled.

       SO ORDERED.

Dated:    December 10, 2020                /s/
           New York, New York          ALVIN K. HELLERSTEIN
                                      United States District Judge